### MALBERG v. SUN PRINTING & PUBLISHING ASS'N.

(Supreme Court, Appellate Term. July 6, 1900.)

TRIAL—QUESTIONS FOR JURY—CONFLICTING EVIDENCE.
     Where there is a conflict of evidence, issues of fact should be submitted to the jury.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by William Malberg against the Sun Printing & Publishing Association. From a judgment in favor of defendant, plaintiff appeals. Reversed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

Gignoux & Gignoux, for appellant.
F. Bartlett, for respondent.

PER CURIAM. There was a clear conflict of evidence, and the case should have been submitted to the jury.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

### ALLEVA v. HAGERTY.

(Supreme Court, Appellate Term. July 6, 1900.)

APPEAL—JUDGMENTS REVIEWABLE.
     Plaintiff cannot appeal from a judgment of dismissal entered at his request.

Appeal from municipal court, borough of Manhattan, Second district.

Action by Francesco Alleva against James J. Hagerty. From a judgment of dismissal, plaintiff appeals. Appeal dismissed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

H. Moeller, for appellant.
Stickney, Spenser & Ordway, for respondent.

PER CURIAM. The record shows that the judgment dismissing the complaint was rendered at the plaintiff's request. No appeal lies from such a judgment. It is unnecessary to pass upon the question sought to be raised by appellant as to the power of the municipal court to stay an action for nonpayment of costs awarded in a former action.

Appeal dismissed, with costs.